No. 577. RICKERT RICE MILLS, INC. *v.* FONTENOT, COLLECTOR OF INTERNAL REVENUE;

No. 578. DORE *v.* SAME;

No. 579. UNITED RICE MILLING PRODUCTS CO., INC. *v.* SAME;

No. 580. BATON ROUGE RICE MILL, INC. *v.* SAME;

No. 581. SIMON *v.* SAME;

No. 585. LEVY RICE MILLING CO., INC. *v.* SAME;

No. 586. FARMERS RICE MILLING CO., INC. *v.* SAME; and

No. 587. NOBLE-TROTTER RICE MILLING CO., INC. *v.* SAME. November 25, 1935. The petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit are granted. The motions for injunction restraining the collection of the assailed tax, pending the hearing and determination of the causes in this Court, are granted, upon condition that the amount of the assailed taxes, as they accrue from month to month, shall be paid over to a depositary to be appointed by the Court, the order for injunction to be settled by the Chief Justice upon two days' notice.

MR. JUSTICE BRANDEIS, MR. JUSTICE STONE, and MR. JUSTICE CARDOZO dissent from the action of the Court in granting the injunction. *Messrs. Homer L. Bruce* and *John P. Bullington* for petitioners in Nos. 577 to 581, inclusive. *Messrs. Ralph J. Schwarz* and *M. B. Redmann* for petitioner in No. 585. *Mr. C. A. McCoy* for petitioners in Nos. 586 and 587. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Andrew D. Sharpe, M. H. Eustace,* and *Edward H. Horton* for respondent.